MARK MARSHALL

# United States District Court

## WESTERN DISTRICT OF TEXAS

United States of America
v
Gloria Rocha-Bernal (1)
Veronica Garcia-Reyes (2)

**CRIMINAL COMPLAINT**

CASE NUMBER: A-12-M-149

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about, March 03, 2012, in Austin, Travis County, in the Western District of Texas defendant did knowingly, intentionally, and unlawfully conspired, with persons known and unknown, to posses with intent to distribute a dangerous illegal controlled substance, to wit; Cocaine HCL in violation of **Title 21 United States Code, Sections 841 (a)(1) and 846.**

I further state that I am an Austin Police Detective and that this complaint is based on the following facts:

On March 7th, 2012 at or about 11:07 p.m., Austin Police Highway Narcotic Interdiction Officer S. Gorham conducted a traffic stop on a 2010 Chevy Colorado pickup truck in the 2800 block of South IH 35, northbound, for violating the posted speed limit of 60 m.p.h. The pickup truck was registered in Mexico with Mexican license plates. Upon speaking with the driver and passenger, they gave conflicting stories and appeared extremely nervous. Upon questioning of the driver (Gloria Rocha-Bernal) and passenger (Veronica Garcia-Reyes), they gave conflicting and inconclusive stories. Subsequently Officer Gorham deployed his narcotic K-9 "hunter". "Hunter" alerted on the truck, indicating the presence of the odor of narcotics. Officer Gorham noted an unusual rise to the rear seat, as well as worn screws that were holding the seat. Rocha-Bernal and Garcia-Reyes were detained and the truck was then moved to the Austin Police's Garage.

Upon arrival to the police garage, the rear seat was removed and a concealed after market modified compartment with a trap door. Upon opening the door, Officer Gorham was able to see and remove fourteen (14) individually vacuum sealed kilo sized packages, with a gross weight of 16410 grams. The packages were later opened, and found to contain a hard flaky white substance believed to be cocaine. A presumptive test was conducted on each package, showing them to be cocaine.

Continued on the attached sheet and made a part hereof. __ Yes  X  No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

3/8/2012
Date

at  Austin, TX
City and State

**ANDREW W. AUSTIN**
~~United States Magistrate~~ **Judge**
Name and Title of Judicial Officer

_____
Signature Judicial Officer